FILED
February 02, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D35

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | David Lee O'Reilly | **Case No :** | 11-42548 - C - 13C |
| | | **Date :** | 1/24/12 |
| | | **Time :** | 02:00 |

**Matter :** [16] - Motion/Application to Value Collateral of GMAC Mortgage [SDB-1] Filed by Debtor David Lee O'Reilly (cmcs)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Danielle Hendricks
**Reporter :** NOT RECORDED
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Valuation of Collateral filed by Debtor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion pursuant to 11 U.S.C. § 506(a) is granted and the claim of Bank of New York Mellon Trust Company, N.A. secured by a second deed of trust recorded against the real property commonly known as 462 Anderson Way, Rio Vista, California, is determined to be a secured claim in the amount of $0.00, and the balance of the claim is a general unsecured claim to be paid through the confirmed bankruptcy plan. The value of the Property is $150,000.00 and is encumbered by senior liens securing claims which exceed the value of the Property.

Dated: February 02, 2012

_____
United States Bankruptcy Judge